# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| SYED AHMED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20cv1512 (LMB/JFA) |
| | ) |
| SUNOCO RETAIL, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on <u>August 27, 2021</u> and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of the defendants, Sunoco, LLC, Sunoco, Inc., Mascot Petroleum Company, Inc., and Sunoco Retail, LLC and against plaintiff Syed Ahmed.

FERNANDO GALINDO, CLERK

By: _____/s/_____
     Y. Guyton, Deputy Clerk

Dated: 08/27/21
Alexandria, Virginia